IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RANDY STEPHENSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:14-cv-00957-RWS |
| v. | ) |
| | ) |
| PLAZE, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING DEFENDANT'S MOTION FOR COURT APPROVAL OF THE SETTLEMENT BETWEEN THE PARTIES**

Having review the terms of Defendant's Motion for Court Approval of the Settlement, as well as the parties' Settlement & Release Agreement, the Court hereby finds that the terms thereof constitute a fair resolution of the case, especially in light of the factual dispute over the amount of overtime hours that Plaintiff worked each week from October 2013 – February 2014.

The parties have reached an amicable compromise regarding the number of overtime hours that Plaintiff worked during this period, and then provided for overtime compensation at 1 ½ times Plaintiff's regular rate of pay, along with an equal amount as liquidated damages, and also provided compensation for the reasonable costs and attorney's fees that Plaintiff incurred in enforcing his rights herein. The Court finds that this constitutes fair and adequate relief under the Fair Labor Standards Act, and therefore grants Defendant's Motion for Court Approval of the Settlement Between the Parties.

Accordingly, the case is dismissed with prejudice.

SO ORDERED:

_[signature]_ 10/14/14
The Honorable Rodney W. Sippel
USDJ.